IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FUNDAMENTAL INNOVATION SYSTEMS INTERNATIONAL LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR SALES, U.S.A., INC.,<br><br>*Defendants*. | CIVIL ACTION NO. 2:21-CV-00281-JRG<br>(LEAD CASE) |
| v.<br><br>GENERAL MOTORS COMPANY, GENERAL MOTORS LLC, APTIV PLC<br><br>*Defendants*. | CIVIL ACTION NO. 2:21-CV-00282-JRG<br>(MEMBER CASE) |

## ORDER

Before the Court is the Joint Motion to Dismiss with Prejudice with Respect to GM Defendants (the "Motion"). (Dkt. No. 89). In the Motion, Plaintiff Fundamental Innovation Systems International, LLC ("Fundamental") and Defendants General Motors Company and General Motors LLC (collectively, "GM") (together with Fundamental, the "Parties") request that the Court dismiss with prejudice all of Fundamental's and GM's respective claims asserted in the above-captioned case.

Having considered the Motion, and in light of its joint nature, the Court finds that it should be and hereby is **GRANTED**.  Accordingly, it is **ORDERED** that all claims in the above-captioned case between Fundamental and GM are **DISMISSED WITH PREJUDICE**.  Each party is to bear its own costs, expenses, and attorney's fees.  The Clerk of Court is directed to **CLOSE** the above-captioned cases.

**So ORDERED and SIGNED this 3rd day of May, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE